Form 196 – ntcadminerror

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                        Case No.:  18−34194−JNP
                                        Chapter:  13
                                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Janette C. Knauer
    aka Ja'nette C. Knauer
    987 Boundary Road
    Wenonah, NJ 08090

Social Security No.:
    xxx−xx−3235

Employer's Tax I.D. No.:

**AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR**

    On December 10, 2018 a Notice of Hearing on Confirmation of Plan was sent out by the Court which contained an administrative error.

    This notice hereby amends the notice to correct the following information:

Original incorrect information:
Incorrect confirmation hearing date: 2/13/19 @ 10:00 am

Corrected to state:
Correct confirmation hearing date: 2/20/19 @ 10:00 am

    The amendment of this notice does not affect deadlines that have been previously set.

Dated: January 11, 2019
JAN: bed

                                                                                              Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-34194-JNP
Janette C. Knauer                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jan 11, 2019
                              Form ID: 196             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db           +Janette C. Knauer,   987 Boundary Road,    Wenonah, NJ 08090-1520
517913375     Drive New Jersey Insurance Company,    PO Box 89490,    Cleveland, OH 44101-6490
517913376    +Home Depot Credit Services,   PO Box 790328,    Saint Louis, MO 63179-0328
517913377    +KML Law Group, PC,   216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
517913378     Mercury Card Services,   PO Box 84064,    Columbus, GA 31908-4064
517913379    +Progressive Insurance Company,   6300 Wilson Mills Rd,    Cleveland, OH 44143-2182
517913381    +Receivable Management Services, LLC,    240 Emery Street,    Bethlehem, PA 18015-1980
517913382     Shellpoint Mortgage Servicing,   PO Box 10826,    Greenville, SC 29603-0826
517913383     South Jersey Gas Company,   Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
517913384     Sun Trust Bank,   1001 Semmes Avenue,    PO Box 27172,    Richmond, VA 23261-7172

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:05     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ  07102-5235
517913368     E-mail/Text: g20956@att.com Jan 12 2019 00:22:43     AT&T Mobility,   15901 E Skelly Dr,
               Tulsa, OK 74116-2809
517913367     E-mail/Text: EBNProcessing@afni.com Jan 12 2019 00:22:15     Afni, Inc.,   PO Box 3427,
               Bloomington, IL 61702-3427
517913369     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 12 2019 00:26:06     Cabela's Club Visa,
               PO Box 82519,   Lincoln, NE 68501-2519
517913370     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 12 2019 00:25:19     Capital One,
               PO Box 30285,   Salt Lake City, UT 84130-0285
517913371    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 12 2019 00:22:39     Comcast,
               1 Comcast Ctr,   Philadelphia, PA 19103-2899
517913372     E-mail/PDF: creditonebknotifications@resurgent.com Jan 12 2019 00:25:22     CreditOne Bank,
               PO Box 98873,   Las Vegas, NV 89193-8873
517913373    +E-mail/Text: dtmua-am@deptford-nj.org Jan 12 2019 00:22:32     Deptford Township MUA,
               898 Cattell Road,   Wenonah, NJ 08090-1521
517913374     E-mail/Text: Bankruptcy.Consumer@dish.com Jan 12 2019 00:22:02     Dish Network,   PO Box 7203,
               Pasadena, CA 91109-7303
517913380    +E-mail/Text: bankruptcy@pseg.com Jan 12 2019 00:21:14     PSE&G,   ATTN: Bankruptcy Dept,
               PO Box 490,   Cranford, NJ 07016-0490
                                                                                             TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BAC BANK OF NY (CWABS 2006-SD1)
               rsolarz@kmllawgroup.com
              Rex J. Roldan    on behalf of Debtor Janette C. Knauer roldanlaw@comcast.net,
               r43760@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4