Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−34194−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janette C. Knauer
   aka Ja'nette C. Knauer
   987 Boundary Road
   Wenonah, NJ 08090

Social Security No.:
   xxx−xx−3235

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

      If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 28, 2020
JAN: jpl

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

| | | |
|---|---|---|
| In re: | | Case No. 18-34194-JNP |
| Janette C. Knauer | | Chapter 13 |
|     Debtor(s) | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 28, 2020 | Form ID: cscnodsc | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janette C. Knauer, 987 Boundary Road, Wenonah, NJ 08090-1520 |
| 518036914 | | Bank of New York as Trustee for CWABS 2006-SD1, c/o NewRez LLC dba Shellpoint Mtg Svc, PO Box 10826, Greenville, SC 29603-0826 |
| 517913375 | | Drive New Jersey Insurance Company, PO Box 89490, Cleveland, OH 44101-6490 |
| 517913376 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517913377 | #+ | KML Law Group, PC, 216 Haddon Ave Ste 406, Collingswood, NJ 08108-2812 |
| 517913378 | | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 517913379 | + | Progressive Insurance Company, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 517913381 | + | Receivable Management Services, LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 517913382 | | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517913383 | | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |
| 517913384 | | Sun Trust Bank, 1001 Semmes Avenue, PO Box 27172, Richmond, VA 23261-7172 |
| 517989883 | + | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2020 22:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2020 22:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517913368 | | Email/Text: g20956@att.com | Sep 28 2020 22:27:00 | AT&T Mobility, 15901 E Skelly Dr, Tulsa, OK 74116-2809 |
| 517913367 | | Email/Text: EBNProcessing@afni.com | Sep 28 2020 22:27:00 | Afni, Inc., PO Box 3427, Bloomington, IL 61702-3427 |
| 517913369 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2020 22:35:19 | Cabela's Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 517913370 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 28 2020 22:36:11 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517913371 | + | Email/Text: documentfiling@lciinc.com | Sep 28 2020 22:25:00 | Comcast, 1 Comcast Ctr, Philadelphia, PA 19103-2899 |
| 517913372 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2020 22:35:21 | CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517913373 | + | Email/Text: dtmua-am@deptford-nj.org | Sep 28 2020 22:27:00 | Deptford Township MUA, 898 Cattell Road, Wenonah, NJ 08090-1521 |
| 517913374 | | Email/Text: Bankruptcy.Consumer@dish.com | Sep 28 2020 22:26:00 | Dish Network, PO Box 7203, Pasadena, CA 91109-7303 |
| 518025214 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 18-34194-JNP   Doc 39   Filed 09/30/20   Entered 10/01/20 00:29:46   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2020 | Form ID: cscnodsc | Total Noticed: 25 |

|  |  | Sep 28 2020 22:35:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 518034451 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2020 22:35:48 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517913380 | + Email/Text: bankruptcy@pseg.com | Sep 28 2020 22:25:00 | PSE&G, ATTN: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2020           Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BAC BANK OF NY (CWABS 2006-SD1) dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor BAC BANK OF NY (CWABS 2006-SD1) hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor BAC BANK OF NY (CWABS 2006-SD1) rsolarz@kmllawgroup.com |
| Rex J. Roldan | on behalf of Debtor Janette C. Knauer roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7