UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Rex J. Roldan, Esquire (Attorney ID#: 017621993)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Email: roldanlaw@comcast.net
Attorney for Debtor

Order Filed on June 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JANETTE C. KNAUER

| | |
|---|---|
| Case No.: | 18-34194 (JNP) |
| Hearing Date: | June 6, 2023 |
| Judge: | Jerrold N. Poslusny, Jr. |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: June 6, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____ debtor, Janette C. Knauer, _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐  A Trustee shall be appointed.

   ☒  A Trustee shall not be appointed.

3. ☐  An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __14__ days for closing eligibility.  The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                     Case No. 18-34194-JNP
Janette C. Knauer                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                     Page 1 of 2
Date Rcvd: Jun 06, 2023           Form ID: pdf903             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

**Recip ID          Recipient Name and Address**
db                  + Janette C. Knauer, 987 Boundary Road, Wenonah, NJ 08090-1520

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023                 Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:**

**Name                      Email Address**

Denise E. Carlon
                        on behalf of Creditor BAC BANK OF NY (CWABS 2006-SD1) dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Harold N. Kaplan
                        on behalf of Creditor BAC BANK OF NY (CWABS 2006-SD1) hkaplan@rasnj.com  kimwilson@raslg.com

Isabel C. Balboa
                        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                        ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Rebecca Ann Solarz
                        on behalf of Creditor BAC BANK OF NY (CWABS 2006-SD1) rsolarz@kmllawgroup.com

Rex J. Roldan
                        on behalf of Debtor Janette C. Knauer roldanlaw@comcast.net  roldanlaw1@gmail.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 06, 2023 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7