| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Janette C. Knauer | Social Security number or ITIN  xxx–xx–3235 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–34194–JNP | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Janette C. Knauer
   aka Ja'nette C. Knauer


<u>6/7/23</u>                                                         **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                                      United States Bankruptcy Judge


**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Janette C. Knauer  
    Debtor

Case No. 18-34194-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 3  
Date Rcvd: Jun 07, 2023      Form ID: 3180W      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janette C. Knauer, 987 Boundary Road, Wenonah, NJ 08090-1520 |
| 517913375 | | Drive New Jersey Insurance Company, PO Box 89490, Cleveland, OH 44101-6490 |
| 517913383 | | South Jersey Gas Company, Customer Care Center, PO Box 577, Hammonton, NJ 08037-0577 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517913368 | | EDI: CINGMIDLAND.COM | Jun 08 2023 00:37:00 | AT&T Mobility, 15901 E Skelly Dr, Tulsa, OK 74116-2809 |
| 517913367 | | Email/Text: EBNProcessing@afni.com | Jun 07 2023 20:51:00 | Afni, Inc., PO Box 3427, Bloomington, IL 61702-3427 |
| 518036914 | | Email/Text: mtgbk@shellpointmtg.com | Jun 07 2023 20:51:00 | Bank of New York as Trustee for CWABS 2006-SD1, c/o NewRez LLC dba Shellpoint Mtg Svc, PO Box 10826, Greenville, SC 29603-0826 |
| 517913369 | | EDI: CAPITALONE.COM | Jun 08 2023 00:37:00 | Cabela's Club Visa, PO Box 82519, Lincoln, NE 68501-2519 |
| 517913370 | | EDI: CAPITALONE.COM | Jun 08 2023 00:37:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517913371 | + | EDI: COMCASTCBLCENT | Jun 08 2023 00:37:00 | Comcast, 1 Comcast Ctr, Philadelphia, PA 19103-2899 |
| 517913372 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 07 2023 21:09:08 | CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517913373 | + | Email/Text: dtmua-am@deptford-nj.org | Jun 07 2023 20:51:00 | Deptford Township MUA, 898 Cattell Road, Wenonah, NJ 08090-1521 |
| 517913374 | | EDI: DISH | Jun 08 2023 00:37:00 | Dish Network, PO Box 7203, Pasadena, CA 91109-7303 |
| 517913376 | + | EDI: CITICORP.COM | Jun 08 2023 00:37:00 | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 518025214 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 07 2023 20:58:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 18-34194-JNP    Doc 46    Filed 06/09/23    Entered 06/10/23 00:16:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 07, 2023 | Form ID: 3180W | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517913378 | | Email/Text: Mercury@ebn.phinsolutions.com | Jun 07 2023 20:50:00 | Mercury Card Services, PO Box 84064, Columbus, GA 31908-4064 |
| 518034451 | | EDI: PRA.COM | Jun 08 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 517913380 | + | Email/Text: bankruptcy@pseg.com | Jun 07 2023 20:50:00 | PSE&G, ATTN: Bankruptcy Dept, PO Box 490, Cranford, NJ 07016-0490 |
| 517913379 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 07 2023 20:51:00 | Progressive Insurance Company, 6300 Wilson Mills Rd, Cleveland, OH 44143-2182 |
| 517913381 | ^ | MEBN | Jun 07 2023 20:45:37 | Receivable Management Services, LLC, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 517913382 | | Email/Text: mtgbk@shellpointmtg.com | Jun 07 2023 20:51:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517913384 | | Email/Text: bankruptcy@bbandt.com | Jun 07 2023 20:51:00 | Sun Trust Bank, 1001 Semmes Avenue, PO Box 27172, Richmond, VA 23261-7172 |
| 517989883 | + | Email/Text: bankruptcy@bbandt.com | Jun 07 2023 20:51:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517913377 | ##+ | KML Law Group, PC, 216 Haddon Ave Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2023             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BAC BANK OF NY (CWABS 2006-SD1) dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor BAC BANK OF NY (CWABS 2006-SD1) hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 07, 2023 | Form ID: 3180W | Total Noticed: 24 |

Rebecca Ann Solarz
    on behalf of Creditor BAC BANK OF NY (CWABS 2006-SD1) rsolarz@kmllawgroup.com

Rex J. Roldan
    on behalf of Debtor Janette C. Knauer roldanlaw@comcast.net  roldanlaw1@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7